IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LIQUIDATOR, L. TIM WAGNER ON BEHALF OF AMWEST SURETY INSURANCE COMPANY, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION FILE ) ) ) NO.: 7:05-CV-92(HL) |
| FARMERS AND MERCHANTS BANK, LAKELAND, GEORGIA, AS SUCCESSOR BY MERGER WITH THE UNITED BANKING COMPANY, | ) ) ) ) ) ) |
| Defendant. | ) |

**CONSENT ORDER ADDING PARTIES**

NOW COMES, Liquidator L. Tim Wagner on behalf of Amwest Surety Insurance Company ("Plaintiff"), and Farmers and Merchants Bank, Lakeland, Georgia, as successor by merger with The United Banking Company (hereinafter "F&M Bank"), who mutually agree to the following terms:

Defendant, subject to all defenses raised in its' Answer and Counterclaim, as amended, agrees to the following:

1. Pursuant to Fed. R. Civ. P. 19(a), F&M Bank agrees to be joined as the proper party defendant needed for just adjudication. F&M Bank is a Georgia Bank, and

this joinder will not deprive the court of jurisdiction of the subject matter by reason of F&M Bank's state of citizenship, if the court determines the amount in controversy exceeds $75,000.00, and in the absence of the joinder of F&M Bank, complete relief cannot be accorded to the Plaintiff;

2. Counsel of Record for F&M Bank waives service of process and/or agrees to acknowledge service of same; and

3. F&M's answer to Plaintiff's First and Second Amended Complaint (the latter adding F&M Bank) is due ten (10) days after the filing of the Second Amended Complaint, or ten (10) days after counsel for F&M Bank acknowledges and waives formal service of same, whichever is later.

WHEREFORE, the parties having consented, and good cause having otherwise been shown, it is hereby ordered that F&M Bank is joined as a Defendant needed for just adjudication of Plaintiff's claims arising in the litigation, and The United Banking Company is no longer a defendant. The caption of this case will be amended so as to reflect same.

SO ORDERED this 11th day of October, 2005.

**s/   Hugh Lawson**
UNITED STATES DISTRICT JUDGE

Prepared and respectfully submitted by:

*s/ DeWitte Thompson*
DeWitte Thompson
Georgia Bar No. 707688
Ashley A. DiGiulio
Georgia Bar No. 221756

Attorneys for Plaintiff

CONSENTED TO BY:

*s/ David A. Garland*
David A. Garland
GA Bar No. 005680

MOORE, CLAKRE, DUVALL & ROGERS, P.C.
P.O. Drawer 71727
Albany, Georgia 31708-1727
(229) 888-3338


Attorney for Defendant